# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **SUSAN KAYTLIN SCOTT,** Defendant. | **CR 19-69-GF-BMM** **ORDER** |

Defendant Susan Scott filed a Motion in Limine (Doc. 14) and a Motion to Suppress Statements (Doc. 16). The Court conducted a hearing on the motions on December 18, 2019. (Doc. 34.)

For the reasons stated in open Court, **IT IS ORDERED** that:

1. Defendant Scott's Motion in Limine (Doc. 14) is **GRANTED,** based on the Government's concession, to the extent that the Government may not present evidence in its case in chief that John Doe shot a victim with the firearm in question on December 23, 2018.

2. Defendant Scott's Motion to Suppress Statements (Doc. 16) is **DENIED**.

Dated this 18th day of December, 2019.

Brian Morris
United States District Court Judge

1