# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-69-GF-BMM |
| Plaintiff, | |
| vs. | ORDER |
| SUSAN KAYLTIN SCOTT, | |
| Defendant. | |

Pending before the Court is the unopposed motion of the United States for video or telephonic testimony of one of its witnesses. For good cause shown,

IT IS ORDERED that A.F. (a minor) may testify by video or telephone at the jury trial set January 27, 2020, in Great Falls. The United States shall make arrangements with the Court Clerk's staff, A.F., and his grandfather.

DATED this 21st day of January, 2020.

Brian Morris
United States District Court Judge

1